```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 12097
   MARIA SCOTT
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0143

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/06/2007 and was confirmed 08/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 11/28/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES     CURRENT MORTG         .00            .00           .00
AMC MORTGAGE SERVICES     NOTICE ONLY    NOT FILED             .00           .00
AURORA LOAN SERVICES LLC  CURRENT MORTG         .00            .00           .00
AURORA LOAN SERVICES      NOTICE ONLY    NOT FILED             .00           .00
AURORA LOAN SERVICES      CURRENT MORTG         .00            .00           .00
CITY OF CHICAGO WATER DE  SECURED            337.62            .00        100.00
AMERICAN DREAM CARD       UNSEC W/INTER  NOT FILED             .00           .00
AMERICAN DREAMCARD        NOTICE ONLY    NOT FILED             .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER  NOT FILED             .00           .00
ECAST SETTLEMENT CORP     UNSEC W/INTER      353.62            .00           .00
HSBC NV                   UNSEC W/INTER  NOT FILED             .00           .00
LVNV FUNDING              UNSEC W/INTER       72.04            .00           .00
MERCEDES BENZ             UNSEC W/INTER  NOT FILED             .00           .00
PEOPLES GAS & LIGHT       UNSEC W/INTER  NOT FILED             .00           .00
PEOPLES GAS & LIGHT       UNSEC W/INTER      528.51            .00           .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    15043.94            .00           .00
VERIZON WIRELESS MIDWEST  UNSEC W/INTER      562.29            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER      115.00            .00           .00
AURORA LOAN SERVICES      MORTGAGE ARRE         .00            .00           .00
SOVEREIGN BANK            MORTGAGE ARRE     3826.95            .00           .00
SOVEREIGN BANK            CURRENT MORTG         .00            .00           .00
SOVEREIGN BANK            NOTICE ONLY    NOT FILED             .00           .00
AMC MORTGAGE SERVICES     SECURED NOT I      822.59            .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    14668.89            .00           .00
ROUNDUP FUNDING LLC       UNSEC W/INTER    17394.51            .00           .00
JOSEPH WROBEL             DEBTOR ATTY       2,049.00                       574.98
TOM VAUGHN                TRUSTEE                                           50.02
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                              RECEIPTS         DISBURSEMENTS

                    PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 12097 MARIA SCOTT
```

```
--------------------------------------------------------------------------------
TRUSTEE                                  725.00

PRIORITY                                                                    .00
SECURED                                                                  100.00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                           574.98
TRUSTEE COMPENSATION                                                      50.02
DEBTOR REFUND                                                               .00
                                 ---------------           ---------------
TOTALS                                   725.00                          725.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/27/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE